# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3027
LT Case No. 16-2016-CA-7248

———————————————

TERRANCE T. HALL,

   Appellant,

   v.

SHANDS JACKSONVILLE MEDICAL
CENTER, INC.,

   Appellee.

———————————————

Nonfinal appeal from the Circuit Court for Duval County.
Waddell A. Wallace, III, Judge.

Terrance T. Hall, Stuart, pro se.

Meagan L. Logan, of Douglas & Douglas, Lake City, for Appellee.

July 23, 2026

PER CURIAM.

   AFFIRMED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————